**YU | MOHANDESI LLP**

JS-6

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.374.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
OneMain Financial Group, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN CORTEZ, <br><br> Plaintiff, <br><br> vs. <br><br> ONEMAIN FINANCIAL GROUP LLC <br><br> Defendant. | Case No.: 2:16-cv-06006-JFW-FFM <br><br> **ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION** <br><br> Honorable John F. Walter |

## ORDER

Pursuant to the Parties' Stipulation, and good cause appearing, the Court hereby orders that the Action shall be submitted to binding arbitration before JAMS.  The Court further orders that the Action is stayed pending completion of arbitration.

IT IS SO ORDERED.

DATED: September 16, 2016

_____
Honorable John F. Walter

– 1 –
CERTIFICATE OF SERVICE